# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation of Supervised Release**) |
| v. | Case Number:  04-cr-00431-REB-01 |
| | USM Number:  32988-013 |
| BERNARD TRUJILLO | Warren R. Williamson, AFPD |
| | (Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violations 1 through 4, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Follow the Instructions of the Probation Officer | 08/30/12 |
| 2 | Failure to Report to the Probation Officer as Directed | 09/07/12 |

     The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

     It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

     It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

January 23, 2014
_____
Date of Imposition of Judgment

**s/ Robert E. Blackburn**
_____
Signature of Judge

Robert E. Blackburn, U.S. District Judge
_____
Name & Title of Judge

**January 26, 2014**
_____
Date

DEFENDANT:  BERNARD TRUJILLO
CASE NUMBER:  04-cr-00431-REB-01                                    Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Violation of the Law - Driving Under the Influence, Resisting Arrest and Driving Under Restraint | 09/23/12 |
| 4 | Violation of the Law - Possession of a Firearm not Registered in the National Firearms Registration and Transfer Record | 09/23/12 |

DEFENDANT:  BERNARD TRUJILLO
CASE NUMBER:  04-cr-00431-REB-01                                      Judgment-Page 3 of 3

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eighteen (18) months, to run consecutively to all other state and federal sentences including, U.S. District Court, District of Colorado, Case No. 12-cr-00466-REB-01.

      The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

      Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                    _____

                                      UNITED STATES MARSHAL

                      By_____

                                    Deputy United States Marshal